IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

COLLIS RICH
        Plaintiff,

vs.                                          3:08cv497/LAC/MD

WALTON COUNTY JAIL, et al.
        Defendants.

## ORDER and
## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's letter motion indicating that he wishes to voluntarily dismiss this case upon the advise of counsel. (Doc. 4). No action has yet been taken in his case; plaintiff's motion for leave to proceed *in forma pauperis* is pending, and no initial filing fee has been assessed. Nonetheless, it appears that dismissal of this case without prejudice is warranted, based upon plaintiff's request.

Accordingly, it is ORDERED:

Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is denied as moot.

And it is respectfully RECOMMENDED:

That plaintiff's letter motion to dismiss (doc. 4) be granted and this case be dismissed without prejudice.

At Pensacola, Florida, this 4th day of November, 2008.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).