**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**COLLIS RICH,**
    Plaintiff,

vs.                              CASE NO.: 3:08cv497/LAC/MD

**WALTON COUNTY JAIL, et al.,**
    Defendants.

___

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 4, 2008. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's letter motion to dismiss (doc. 4) is granted and this case is dismissed without prejudice.

    DONE AND ORDERED this 8th day of December, 2008.

                                *s/L.A. Collier*
                                **LACEY A. COLLIER
                                SENIOR UNITED STATES DISTRICT JUDGE**